UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ROBERT COBURN,<br>      Plaintiff | 3:10-CV-00852-JE |
| vs. | ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>      Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that case number 3:10-cv-00852-JE be dismissed.

DATED this ____ day of May, 2011.

John Jelderks
United States Magistrate Judge